# Exhibit 2



DEPARTMENT OF HEALTH AND HUMAN SERVICES

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

November 4, 2024

Aaron Siri
Attorney, Siri & Glimstad LLP
745 Fifth Ave., Suite 500
New York, NY 10151
Via email: foia@sirillp.com

Dear Mr. Siri:

The Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) received your Freedom of Information Act (FOIA) request dated November 1, 2024 for:

> *[IR#1151E] All emails in which Tom Shimabukuro responded to the email provided at Attachment A; and all emails in which Walter Orenstein and/or Tom Shimabukuro forwarded the email provided at Attachment A.*

Your request was assigned #25-00165-FOIAand placed in our complex processing queue.

**Extension of Time**

In unusual circumstances, an agency can extend the twenty-working-day limit to respond to a FOIA request.

We will require an additional ten-working-days to respond to your request because:
X We reasonably expect to consult with two or more C/I/O/s, or another HHS operating division or another federal agency about your request.

To process your request promptly, please consider narrowing the scope of your request to limit the number of responsive records. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact the analyst handling your request Rachel Friend at ult5@cdc.gov or (404) 639-4958 or our FOIA Public Liaison, Roger Andoh at 770-488-6277. Additionally, you may contact the Office of Government Services (OGIS) to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services; National Archives and Records Administration; 8601 Adelphi Road-OGIS; College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

**Fees and Fee Waivers**

You requested that we waive fees associated with processing your request. Your request is granted.

**Fee Category**

Because you are considered a "News Media requester," you will not be charged fees unless you choose to receive responsive records in hard copy. (10 cents/page)

**Cut-off-date**
If you don't provide us with a date range for your request, the cut-off date for your request will be the date the search for responsive records starts.

You may check on the status of your case on our FOIA webpage https://foia.cdc.gov/app/Home.aspx and entering your assigned request number. If you have any questions regarding your request, please contact Rachel Friend at ult5@cdc.gov or (404) 639-4958.

We reasonably anticipate that you should receive a final response by December 15, 2024. Please know that this date roughly estimates how long it will take the agency to close requests ahead of your request in the queue and complete work on your request. The actual date of completion might be before or after this estimated date.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer
Office of the Chief Operating Officer
(770) 488-6399
Fax: (404) 235-1852

25-00165-FOIA