# Exhibit 3



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Public Health Service

Centers for Disease Control
and Prevention (CDC)
Atlanta GA 30333

November 5, 2024

Aaron Siri
Attorney, Siri & Glimstad LLP
745 Fifth Ave., Suite 500
New York, NY 10151
Via email: foia@sirillp.com

Dear Mr. Siri:

This letter is in response to your Centers for Disease Control and Prevention and Agency for Toxic Substances and Disease Registry (CDC/ATSDR) Freedom of Information Act (FOIA) request of November 1, 2024, for

> *[IR#1151E] All emails in which Tom Shimabukuro responded to the email provided at Attachment A; and all emails in which Walter Orenstein and/or Tom Shimabukuro forwarded the email provided at Attachment A.*

Electronic searches were conducted for records responsive to your request. A search of our records failed to reveal any documents pertaining to your request. Additionally, Dr. Orenstein left CDC in 2007, so his emails could not be searched for this request, nor would they have been responsive, given the timeline of your request.

You may contact our FOIA Public Liaison at 770-488-6246 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with the response to this request, you may administratively appeal to the Deputy Agency Chief FOIA Officer, Office of the Assistant Secretary for Public Affairs, U.S. Department of Health and Human Services, via the online portal at https://requests.publiclink.hhs.gov/App/Index.aspx. Please mark both your appeal letter and envelope "FOIA Appeal." Your appeal must be electronically transmitted by February 3, 2025.

Sincerely,

Roger Andoh
CDC/ATSDR FOIA Officer

Office of the Chief Operating Officer
(770) 488-6399
Fax: (404) 235-1852

#25-00165-FOIA